# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deniece Young<br>**Debtor** | CHAPTER 13<br><br>BKY. NO. 16-15780 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Midland Mortgage, as Servicer for MIDFIRST BANK, and index same on the master mailing list.

Re: Loan # Ending In: 1791

                                       Respectfully submitted,

                                       **/s/Joshua I. Goldman, Esquire**
                                       Joshua I. Goldman, Esquire
                                       Thomas Puleo, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406