CASE 16-157-80

DENIECE YOUNG

I will have the Ability to pay A trustee ($50.00) Fifty Dollars monthly

*[signature]*

8/29/2016

AUG 29 2016