# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 16-15780-ELF

DENIECE YOUNG

7527 Tulpehocken St.

Philadelphia, PA 19138

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DENIECE YOUNG

    7527 Tulpehocken St.

    Philadelphia, PA 19138

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,* *

Date: 9/23/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee