**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
Commonwealth of Pennsylvania PAE 7784

No. 16-15780-ELF

*Equity must come with clean hands*

**11 U.S.C. § 904**

**PETITION TO STAY PENDING APPEAL**

***AND NOW***, this 13th day of October, 2016 upon the filing of the above PETITION, you are hereby ORDERED to file, record and *serve* the same to MIDFIRST BANK et al, Agents, Trustee and US Trustee. The allege Creditor does not have any priority over this Commonwealth's collateral and shall have **[48]** hours to withdraw its claim against this Commonwealth of Pennsylvania PAE 7784 and re-frame from any future acts of trespass.

**AFFIDAVIT OF FACTS** .... *Truth is expressed in the form of an Affidavit*

**1. Whereas,** this Affidavit will served as Notice to the United States Bankruptcy Court, for the collateral property under Debtor # 04668-R ; all rebuttals to this Affidavit will require an answer in Affidavit under penalty of perjury replied;

OCT 13 2016

Commonwealth of Pennsylvania Inter-Vivos Trust# 165387

1

2. **Whereas,** Alleged Creditor(s) MIDFIRST BANK et als, are hereby required to avoid obstructing justice and Debtor's administrative due process rights in discharging all matters In Rem or other such debt;

3. **Whereas,** pursuant to 11 U.S.C. sec 904, MIDFIRST BANK et als shall NOT intervene unless consent is given, for which it has not been granted in this action;

4. **Whereas**, the Commonwealth of Pennsylvania PAE 7784 as the Undersigned, is the Executive and HDC of the preferred stock- (*United States-02-21-1871; 16 Stat 1.419*) and holds a prior, superior, security interest and claim on the Debtor's collateral, intangible asset and its property. The **IN REM** matter under # 49501791 # 130600465 and 150301520 settled under discharge with CENDANT Mtg, on 04-09-2002 ; as received by Debtor's indorsement, and hers only, as evidence of consideration; as MIDFIRST BANK is no joiner to this matter; it has not provided any proof upon this Court of Equity, or any; to refute this truth;

5. **Whereas,** all rebuttals shall be answered point by point and signed with all accounting, notes and metadata which proves that DENISE YOUNG did not credit its security and interest in the above mater before this Court and returned by **5:00PM** on the 23rd day of October, 2016; to me, the Trustee

Commonwealth of Pennsylvania Inter-Vivos Trust# 165387

2

and US Trustee for our review. An unrebutted Affidavit stands as Truth in commerce.

6. **Whereas**, this Affidavit will serve as the Debtor's **STAY PENDING APPEAL.**

Date: 10-13-2016              /s/ _____
                              BY: Denise BY: YOUNG....kin of the
                              Commonwealth of Pennsylvania-Inter Vivos Trust-165387

Commonwealth of Pennsylvania Inter-Vivos Trust# 165387

3