IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deniece Young<br>　　　　　Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　Movant<br>vs.<br>Deniece Young<br>　　　　　Debtor | NO. 16-15780 ELF |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 13th day of October, 2016, after a hearing, it is

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay under 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 7527 Tulpehocken Street Philadelphia, PA 19138. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

cc: Deniece Young
　　7527 Tulpehocken Street
　　Philadelphia, PA 19138

Deniece Young - PRO SE
7527 Tulpehocken Street
Philadelphia, PA 19138

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532