IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Ebony Graham, | : | |
| Debtor. | : | Case No. 16-13130 (JKF) |
| Ebony Graham, | : | |
| Plaintiff, | : | |
| v. | : | |
| Credit Acceptance Corporation, | : | |
| Defendant. | : | Adversary No. 16-0218 |

## ORDER

This 13th day of October, 2016, it appearing that an order was entered on September 15, 2016, dismissing the bankruptcy case itself,

And there being the above-captioned adversary proceeding still pending,

And generally dismissal of the debtor's main case will result in dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3d Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987),

And there being no justification for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction,

It is hereby **ordered** that the above-captioned adversary proceeding is dismissed for lack of jurisdiction.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Counsel for Plaintiff**
Bradly E Allen, Esquire
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

**Counsel for Defendant**
William Edward Craig, Esquire
Morton & Craig
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

**Courtroom Deputy**
Ms. Joan Ranieri