United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-15780-elf
Deniece Young                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: Oct 13, 2016
                            Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
db             +Deniece Young,    7527 Tulpehocken St.,    Philadelphia, PA 19138-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 14 2016 02:11:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 02:10:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2016 02:11:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Deniece Young | | CHAPTER 13 |
| Debtor | | |
| MIDFIRST BANK | | |
| Movant | | |
| vs. | | NO. 16-15780 ELF |
| Deniece Young | | |
| Debtor | | |
| William C. Miller Esq. | | |
| Trustee | | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 13th day of October, 2016, after a hearing, it is

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay under 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 7527 Tulpehocken Street Philadelphia, PA 19138. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc: Deniece Young
7527 Tulpehocken Street
Philadelphia, PA 19138

Deniece Young - PRO SE
7527 Tulpehocken Street
Philadelphia, PA 19138

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532