United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15780-elf
Deniece Young                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Oct 14, 2016
                    Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db             +Deniece Young,    7527 Tulpehocken St.,    Philadelphia, PA 19138-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 15 2016 02:00:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 15 2016 01:59:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 15 2016 02:00:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                    TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   DENIECE YOUNG,              :   Chapter 13
                                     :
         Debtor                      :   Bky. No.  16-15780ELF

# O R D E R

**AND NOW,** after a hearing, the court having granted Midfirst Bank relief from the automatic stay to proceed with an ejectment action against the Debtor with respect to the real property located at 7527 Tulpehocken Street, Philadelphia, PA ("the Stay Relief Order");

**AND**, prior to the entry of the Stay Relief Order, the Debtor, acting pro se,  having filed, what she styled as a "Petition to Stay Pending Appeal" ("the Debtor's Petition") (Doc. # 22);

**AND**, the Debtor's Petition being without merit because: (a) no notice of appeal has been filed in this case; and (b) the Petition is incomprehensible;

It is therefore **ORDERED** that the Debtor's Petition is **DENIED**.

Date: **October 14, 2016**

                                     _____
                                     **ERIC L. FRANK**
                                     **CHIEF U.S. BANKRUPTCY JUDGE**

cc: Deniece Young
    7527 Tulpehocken St.
    Philadelphia, PA 19138