*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deniece Young
    Debtor(s)

Case No: 16–15780–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Debtor(s) for Failure to File Documents Filed by WILLIAM C. MILLER

    on: 11/8/16

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/28/16

Timothy B. McGrath
Clerk of Court

30 – 18
Form 167